FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRANDON BRISKIN, on behalf of himself and those similarly situated,

    Plaintiff-Appellant,

v.

SHOPIFY, INC.; SHOPIFY (USA), INC.; SHOPIFY PAYMENTS (USA), INC.,

    Defendants-Appellees.

No. 22-15815

D.C. No. 4:21-cv-06269-PJH
Northern District of California, Oakland

**ORDER**

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Owens and Lee did not participate in the deliberations or vote in this case.