UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRANDON BRISKIN, on behalf of himself and those similarly situated,

    Plaintiff-Appellant,

v.

SHOPIFY, INC.; SHOPIFY (USA), INC.; SHOPIFY PAYMENTS (USA), INC.,

    Defendants-Appellees.

No. 22-15815

D.C. No. 4:21-cv-06269-PJH
Northern District of California, Oakland

ORDER

One or more judges on the en banc court have requested briefing on the following issues:

1. What rule or standard should govern our evaluation of whether there is specific personal jurisdiction over a defendant for a claim arising out of conduct on the internet.

2. Whether we should revisit our prior holdings that a defendant's aiming of its internet-related conduct at a jurisdiction must exceed its aiming at other jurisdictions to constitute "express aiming" at that jurisdiction. *See Doe v. WebGroup Czech Republic, a.s.*, 93 F.4th 442, 452-56 (9th Cir. 2024); *AMA Multimedia, LLC v. Wanat*, 970 F.3d 1201, 1209-12 (9th Cir. 2020).

3. Whether and how the original meaning of the Fourteenth Amendment's Due Process Clause should inform our consideration of the issues in this case.

The parties are ordered to file supplemental briefs, not to exceed 30 pages unless they comply with the alternative length limitation of 8,400 words, according

to the following schedule: Plaintiff-Appellant's supplemental brief is due on June 14, 2024. Defendants-Appellees' supplemental brief is due on July 12, 2024.

Any amicus curiae supporting the position of Plaintiff-Appellant or not supporting either party must serve its brief, along with any necessary motion, no later than June 21, 2024. Any amicus curiae supporting the position of Defendants-Appellees must serve its brief, along with any necessary motion, no later than July 19, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT