UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRANDON BRISKIN, on behalf of himself and those similarly situated,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SHOPIFY, INC.; et al.,<br><br>　　　　Defendants - Appellees. | No. 22-15815<br><br>D.C. No. 4:21-cv-06269-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The supplemental brief submitted on July 26, 2024 is filed.

Within 7 days of this order, appellees are ordered to file 18 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT